UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
PARFINIM NV.,

                Petitioner,

  -against-

Warden Heriberto Tellez, Federal Bureau of Prisons, Metropolitan Detention Center, Brooklyn, New York, as custodian of INIGO PHILBRICK, Inmate No. 05863-093,

                Respondent.
------------------------------------------------------------------- X

Docket No.: 22-cv-5260

Related Proceeding:
U.S. v. Philbrick, 20-cr-00351 (SHS)

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Jenny C. Gu of Schindler Cohen & Hochman LLP hereby appears as additional counsel for interested Non-Party Aiden Fine Arts, Inc.

    I certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 24, 2022

**SCHINDLER COHEN & HOCHMAN LLP**

_____
Jenny C. Gu
100 Wall Street, 15th Floor
New York, NY 10005
T: 212-277-6310
F: 212-277-6333
jgu@schlaw.com