

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

July 11, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/12/2022__

**By ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Parfinim NV v. Tellez*, No. 22 Civ. 5260 (CM) (BCM)

Dear Judge Moses:

      This Office represents respondent Warden Heriberto Tellez (the "Government") in the above-referenced habeas action. I write respectfully, with the consent of all parties, to inform the Court that the parties have reached an agreement that this matter should be transferred to the United States District Court for the Middle District of Pennsylvania given Inigo Philbrick's recent transfer to a facility within that district.[1] Accordingly, the parties are in the process of finalizing the details of a Proposed Consent Order to Transfer Venue, which will be submitted to the Court upon its completion.

      Given the agreement that this case should be transferred, I respectfully request that the telephonic conference scheduled for July 13, 2022, *see* Dkt. No. 9, be adjourned *sine die*. This is the Government's first request for an adjournment of this conference.

      I thank the Court for its consideration of this request.

Application GRANTED. The conference scheduled for July 13, 2022 is ADJOURNED *sine die*. The parties shall submit their proposed transfer order by **July 20, 2022**. SO ORDERED.

_____
BARBRA MOSES
United States Magistrate Judge
July 12, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Alyssa B. O'Gallagher*
     ALYSSA B. O'GALLAGHER
     Assistant United States Attorney
     Tel.:  (212) 637-2822
     Email: Alyssa.O'Gallagher@usdoj.gov

---

[1] At the time of filing of Parfinim NV's July 7 letter, Mr. Philbrick was housed at USP Lewisburg, a Bureau of Prisons ("BOP") facility located in the Middle District of Pennsylvania. According to BOP's inmate locator system, Mr. Philbrick is now housed at FCI Allenwood Low, which is also located within the Middle District of Pennsylvania.