```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARFINIM NV,<br><br>                       Petitioner,<br><br>            -v-<br><br>WARDEN HERIBERTO TELLEZ,<br><br>                       Respondent. | 22 Civ. 5260 (CM) (BCM) |

## STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

WHEREAS, on June 22, 2022, Parfinim NV ("Petitioner") filed a petition for a writ of habeas corpus ad testificandum directed to Warden Heriberto Tellez (the "Government"), the Warden of the Metropolitan Detention Center ("MDC"), requiring him to produce for deposition inmate Inigo Philbrick;

WHEREAS, since filing of the petition, Philbrick has been transferred from MDC to FCI Allenwood Low, a Bureau of Prisons correctional instutution located in the Middle District of Pennsylvania;

WHEREAS, based on Philbrick's transfer, Petitioner, the Government, and Interested Party Aiden Fine Arts, Inc. (together, the "parties") agree that Warden Rachel Thompson should be substituted as respondent in place of Warden Heriberto Tellez;

WHEREAS the parties agree that venue is proper in the Middle District of Pennsylvania;

WHEREAS, based on the facts and circumstances of this case, including Philbrick's recent transfer to FCI Allenwood Low, the parties have agreed to the transfer of this case to the Middle District of Pennslyvania;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between counsel for the parties, that:

1. Warden Rachel Thompson shall be substituted as respondent in place of Warden Heriberto Tellez.

2. This case shall be transferred, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Middle District of Pennsylvania.

3. This Stipulation and Order to Transfer Venue shall not be construed as addressing the merits of this action or any other issue besides venue and substitution of respondent.

4. This Stipulation and Order to Transfer Venue contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

5. Upon transfer, this case shall be terminated on the docket. All forthcoming deadlines and hearings are hereby vacated.

Dated:  July 12, 2022  
       New York, New York

MAZZOLA LINDSTROM LLP

By: _____  
Richard E. Lerner  
1350 Avenue of the Americas  
New York, New York 10019  
Tel.: (646) 813-4345  
*Attorney for Petitioner*

Dated:  July 12, 2022  
       New York, New York

DAMIAN WILLIAMS  
United States Attorney for the  
Southern District of New York

By:  /s/ Alyssa B. O'Gallagher  
Alyssa B. O'Gallagher  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2822  
*Attorney for the Government*

Dated: July 12, 2022
       New York, New York

       SCHINDLER COHEN &
       HOCHMAN

By:   /s/ Steven R. Schindler
       Steven R. Schindler
       100 Wall Street
       New York, New York 10005
       Tel.: (212) 277-6333
       *Attorney for Aiden Fine Arts, Inc.*

So Ordered: _____
~~The Honorable Colleen McMahon, United States District Judge~~
BARBARA MOSES
United States Magistrate Judge
July 13, 2022